Gruoa, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/16

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

PROCELLA HOLDINGS, L.P.,                          :

                         Plaintiff,     :     STIPULATION AND
                                    :     ORDER OF DISMISSAL
       -against-             :
                                    :     15-CV-3932 (TPG)
                                    :
THE REPUBLIC OF ARGENTINA,                         :

                        Defendant.     :

------------------------------------------------------------------ x

WHEREAS, on May 21, 2015, plaintiff Procella Holdings L.P., filed an Amended Complaint against the Republic of Argentina based on Procella Holdings L.P.'s ownership of beneficial interest in Republic-issued bonds (the "Bond[s]");

WHEREAS, in furtherance of the Republic's February 5, 2016 proposal to settle with holders of all defaulted debt, on February 19, 2016, plaintiff and the Republic entered into a settlement agreement (the "Settlement Agreement") pursuant to which the Republic agreed to pay plaintiff an amount agreed-upon by the parties (the "Settlement Amount") and plaintiff agreed, *inter alia*, to accept the Settlement Amount in full discharge and satisfaction in respect of any claim or court judgment in connection with the Bonds;

WHEREAS, in accordance with the terms of the Settlement Agreement, plaintiff Procella Holdings L.P., received the Settlement Amount and transferred its beneficial interest in the Bond for cancellation;

NOW, THEREFORE, plaintiff, by its attorneys Duane Morris LLP, and the Republic, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE THAT:

1.　This action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs, disbursements or fees to either side.

2.　This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

| | |
|---|---|
| Dated: New York, New York<br>　　　　April 27, 2016 | Dated: New York, New York<br>　　　　April 27, 2016 |
| DUANE MORRIS LLP | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP |
| By: _____<br>　　Anthony J. Costantini<br>　　(ajcostantini@duanemorris.com)<br>　　Suzan Jo<br>　　(sjo@duanemorris.com) | By: _____<br>　　Lawrence B. Friedman<br>　　(lfriedman@cgsh.com)<br>　　Howard S. Zelbo<br>　　(hzelbo@cgsh.com) |
| 1540 Broadway<br>New York, NY 10036<br>(212) 692-1000 | One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for Plaintiff Procella Holdings, L.P.* | *Attorneys for the Republic of Argentina* |

SO ORDERED:

_____
United States District Judge
Dated: April 28, 2016   tpк